No. 85–6219. JOHNSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 85–6223. BONGIOVI v. LeFEVRE, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 85–6224. DRINKWINE v. FEDERATED PUBLICATIONS, INC., ET AL. C. A. 9th Cir. Certiorari denied. ▇▇▇▇
▇▇▇▇▇▇▇▇

No. 85–6250. DIAMONTINEY v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 85–6257. DELGADO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▇▇▇▇▇▇▇▇

No. 85–6260. LYNCH v. JOHNSON ET AL. C. A. 3d Cir. Certiorari denied. ▇▇▇▇▇▇▇▇

No. 85–6266. GREEN v. SUPERIOR COURT OF CALIFORNIA, ALAMEDA COUNTY. Sup. Ct. Cal. Certiorari denied. ▇▇▇▇
▇▇▇▇▇▇▇▇

No. 85–6281. ROSBERG v. COMMODITY CREDIT CORP. ET AL. C. A. 8th Cir. Certiorari denied.

No. 85–6282. ROSBERG v. GOERES. C. A. 8th Cir. Certiorari denied.

No. 85–6284. NELSON v. VETERANS ADMINISTRATION. C. A. Fed. Cir. Certiorari denied. ▇▇▇▇▇▇▇▇

No. 85–6285. WILBANKS v. GEORGIA. Ct. App. Ga. Certiorari denied. ▇▇▇▇▇▇▇▇

No. 85–6286. WALLACE v. IOWA. Dist. Ct. Iowa, Scott County. Certiorari denied.

No. 85–6288. FILIPAS v. LEMONS ET AL. C. A. 6th Cir. Certiorari denied. ▇▇▇▇▇▇▇▇

No. 85–6289. ARMSTRONG v. FAIRMAN, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–6290. WASHINGTON v. NEW YORK. Ct. App. N. Y. Certiorari denied. ▇▇▇▇▇▇▇▇
▇▇▇▇